UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAUN PAUL POPE,

                                                Case No: 26-11848

                 Plaintiff,               Hon. F. Kay Behm

                                                U.S. District Judge

v.

LIVINGSTON COUNTY,

               Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S COMPLAINT AND SETTING DEADLINE FOR AMENDED PLEADING

Federal Rule of Civil Procedure 5.2(a)(3) requires litigants to protect the identity of minors by, at minimum, using only the minor in question's initials when filing their pleadings.  Plaintiff, who is proceeding *pro se*, filed this action on June 4, 2026, listing the name of a minor child in his complaint.  ECF No. 1.  The complaint additionally contains photographs that identify the minor.  Although photographs are not specifically listed in Rule 5.2, identifying photographs are within the purpose espoused by the Rule.  *See A.L. v. Miss. Dep't of Child Prot. Servs.*, No. 1:18-CV-00076-LG-RHW, 2018 U.S. Dist. LEXIS 119590, at *3 (S.D. Miss. July 18, 2018) (sealing photographs of minors

1

under Rule 5.2); *Beas-Campo v. Case*, No. CV-23-00199-TUC-JCH, 2023 U.S. Dist. LEXIS 80597, at *4 (D. Ariz. May 4, 2023) (same); *Lindiment v. Jones*, No. 1:17-cv-501, 2017 U.S. Dist. LEXIS 149693, at *28 (M.D.N.C. Sep. 15, 2017) (same).

The court lacks the ability to redact only portions of Plaintiff's complaint or to seal only portions of it by the manner in which it was filed.  The court therefore **STRIKES** the entire pleading (ECF No. 1) for failure to comply with Rule 5.2(a), and Plaintiff shall have 21 days to file an amended complaint which complies with Rule 5.2(a) (for example, by using only initials and/or redacting uses of the minors' names, and by redacting or removing the photographs).  Failure to submit an amended pleading complying with Rule 5.2(a) by that date will result in dismissal of this case without prejudice for failure to prosecute.  *See Johnson v. Fennville*, No. 1:21-cv-202, 2021 U.S. Dist. LEXIS 232181, at *1-2 (W.D. Mich. May 4, 2021) (placing complaint under seal and ordering plaintiffs to file a redacted complaint complying with Rule 5.2(a)).  Any subsequent pleadings filed by Plaintiff which fail to comply with this notice will be stricken by the court without further

2

order of the court.  Plaintiff may bring a motion to file sensitive information under seal in accordance with E.D. Mich. Local Rule 5.3.

**SO ORDERED**.

Date: June 8, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

3