UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAUN PAUL POPE,

Plaintiff,

Case No: 26-11848
Hon. F. Kay Behm
U.S. District Judge

v.

LIVINGSTON COUNTY, *et al.*,

Defendants.
__________________________________/

# JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order dismissing this case, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Date: August 7, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge